# EXHIBIT A

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL20-18348

Other Reference No.(s): ..................................

Child Support Enforcement Number: ..................................

Date issued: January 20, 2021

To: Wells Fargo
7 St Paul Street
Suite 820
Baltimore, MD 21202

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

DEREK N JARVIS
2316 JONES LANE
SILVER SPRING MD 20902

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahaoin El Amin #746*
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)    Page 1 of 2    CAL20-18348

JS 44 (Rev. 11/04) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Derek Jarvis

**DEFENDANTS**
Wells Fargo

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

2316 Jones Lane
Silver Spring, MD 20902

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
7 St Paul Street
Resident
Ste 820
agent
Baltimore, Md 21202

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☒ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Discrimination public Accomodations 820-304

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5 million

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE Oct 23, 2020
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:         U.S. Civil Statute: 47 USC 553
            Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

DMOJ

| | |
|---|---|
| Derek N. Jarvis,<br>    Plaintiff<br>2316 Jones Lane<br>Silver Spring, Maryland<br>20902<br><br>    vs.<br><br>WELLS FARGO,<br>    Defendant<br>7 St. Paul Street<br>Suite 820<br>Baltimore, Maryland<br>21202 | IN THE CIRCUIT COURT<br><br>FOR<br><br>PRINCE GEORGE'S COUNTY<br><br>MARYLAND<br><br>Civil Case No.:<br><br>COMPLAINT<br><br>CAL20-18348 |

2020 OCT 30 PM 2:50
PR GEO CO MD #55
CLERK OF THE CIRCUIT COURT

**COMPLAINT FOR RELIEF OF: SECTION § 20-304, AND SECTION §20-602 PUBLIC ACCOMMODATIONS DISCRIMINATION, CONSUMER DISCRIMINATION, RACIAL PROFILING, VIOLATIONS OF MARYLAND ANTI-DISCRIMINATION LAWS -WILLFUL DISCRIMINATION, CIVIL RIGHTS VIOLATIONS-**

INTRODUCTION

Plaintiff Derek N. Jarvis, hereby, institutes this action against the above-entitled Defendant(s), "WELLS FARGO", located at 2800 University Boulevard, Ste. A, Wheaton, Maryland 20902, and located at 6235 Baltimore Avenue, Riverdale Park, Maryland 20737, and states as follows.

Plaintiff Jarvis, brings this action to seek redress for injuries that he suffered, because of "Wells Fargo's", racially discriminatory denial of service and public accommodations, and the right to contract, when they refused to allow Plaintiff Jarvis, to open an account at the Wells Fargo, located in Wheaton, Maryland. Defendant 'Wells Fargo", is a corporation organized under the laws of the state of Maryland. The primary purpose of Defendant 'Wells Fargo', is to own, operate, and franchise it's banking operations to the public.

This action in above-entitled caption, is instituted to bring equitable relief, for damages against Defendant "Wells Fargo", in failing to prevent act(s), subsequently, after Plaintiff Jarvis, contacted Wells Fargo's corporate office, in California. Wells Fargo Corporate, stated to Plaintiff Jarvis, that, 'they would investigate the matter, and follow up with Plaintiff in December 2018, which never occurred and Wells Fargo Corporate Office, failed to contact Plaintiff again.

Plaintiff Jarvis, seeks relief in this action under Maryland anti-discrimination laws. Plaintiff Jarvis, also seeks declaratory judgment, and injunctive relief, for racially profiling Plaintiff Jarvis at the bank during his visit, refusing to allow Plaintiff Jarvis to open an account, and denying Plaintiff Service at Wells Fargo.

The Plaintiff, Pro se, in this action, institutes this case against Wells Fargo to remedy it's racial profiling and denial of service because of Plaintiff's race, American (Black) Indian, and interference with the right to contract. Consumer Racial Profiling (CRP), is defined as any type of differential treatment of consumers in the marketplace, based upon race or ethnicity that constitutes a denial or degradation in the product or service offered to the consumer. CRP can take many forms ranging from overt or outright confrontation, to subtle differences in treatment, often manifested in forms of harassment. Customer harassment, includes slow or rude service, and/or surveillance, and neglect, as well as denying service, which occurred in this case involving Wells Fargo, in Wheaton, Maryland.

Maryland Annotated Code §20-602, §20-304, Prohibition against discrimination or segregation in places of public accommodation.

All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodations as defined in this section without discrimination or segregation on the grounds of race, color, or national origin.

As a consequence of 'Wells Fargo's', illegal conduct and racially motivated act(s) in denying Plaintiff Jarvis of services and failing to implement anti-discrimination policies, or prevent these act(s) at it's corporate offices in California, Plaintiff Jarvis, is entitled to the legal and equitable remedies under Maryland anti-discrimination laws and codes, including, but not be limited to, punitive damages.

The Defendant's conduct was intentional, deliberate, willful, and undertaken in reckless disregard of the Plaintiff's civil rights.

## JURISDICTION AND VENUE

II. This Court has jurisdiction over this civil action. There is no diversity of citizenship, venue is proper in this Court, because 'Wells Fargo', is located in the state of Maryland. On the day the discriminatory act(s) occurred, Plaintiff Jarvis, first went to Wells Fargo in Riverdale Park, Maryland, which is in Prince George's County, and then to Wheaton, Maryland at Wells Fargo, where the discriminatory act(s) occurred.

## THE PARTIES

III. The Plaintiff Derek Jarvis, is American (Black)Indian, and a Native of the United States of America, residing in the state of Maryland.

The Defendant 'Wells Fargo', is a banking corporation organized under the laws of the state of Maryland. Wells Fargo in the state of Maryland, does substantial business in the state of Maryland and throughout these United States.

## NATURE OF ACTION

IV. Section §20-602 and §20-304-Discrimination in Public Accommodations:

All person(s) shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations, of any place of public accommodation as defined in this section, without discrimination on the grounds of race.

Equal access: Each of the following establishments is a place of public accommodation, within this title, if it's operations effect commerce, or if discrimination or segregation by it is supported by state action, as places of public accommodation, and facilities.

STATEMENT OF FACTS

### V. RACIAL PROFILING, CONSUMER DISCRIMINATION AND DENIAL OF SERVICES

1) Defendant 'Wells Fargo', maintained actual and/or constructive control, oversight, and/or direction over various 'Wells Fargo' Banking locations, including 'Wells Fargo', in Wheaton, Maryland and California Corporate Offices whom condoned the illegal discriminatory act(s).

2) The act(s) described herein were performed or condoned by Defendant 'Wells Fargo', and it's corporate offices in California, officers, employees, agents, and all other representatives while actively, engaged in the conduct and Management of it's businesses.

3) The racially discriminatory conduct by 'Wells Fargo' occurred on or about November 26, 2018, when 'Wells Fargo' Managers and staff denied Plaintiff Jarvis services, by refusing to allow Plaintiff Jarvis to open an account because of his race.

**PLAINTIFF JARVIS WAS SUBJECTED TO RACIAL DISCRIMINATION AND DENIED SERVICES AT WELLS FARGO**

On or about November 26, 2018, Plaintiff Jarvis was denied services at 'Wells Fargo', in Wheaton, Maryland because of his race. Most if not all employees at 'Wells Fargo' on Wheaton, Maryland were White/Hispanic/Mestizo, and most of the customers were the same, 'White/Hispanic/mestizo. Subsequently, after Plaintiff Jarvis entered 'Wells Fargo', Wheaton location, a Hispanic female Manager refused to allow Plaintiff Jarvis to open an account. The Hispanic Manager, then stated she was going to take the check I had to the Branch manager, also White/Hispanic, who also refused to allow Plaintiff to open account.

Plaintiff Jarvis, also observed that the White/Hispanic customers were making transactions, and were not denied services at the bank. Plaintiff's mother 'Shirley Pittman' also witnessed this, and was also denied services at the bank, when she attempted to open an account the same day.

On the same day of November 26, 2018, Plaintiff Jarvis contacted 'Wells Fargo' Corporate Offices in Northern california who stated they would investigate the matter, however , failed to contact Plaintiff Jarvis again to resolve the incident, facilitating and condoning the discriminatory act(s) by Wells Fargo, in Wheaton, Maryland.

**CONDUCT GIVING RISE TO CLAIMS**

On or about November 26, 2018-Wells Fargo, located in Wheaton, Maryland did discriminate against Plaintiff Jarvis on the basis of race, denying services to Plaintiff Jarvis refusing to allow Plaintiff and his mother Shirley Pittman to open an account, at Wells Fargo, and the corporate offices in California facilitating the illegal discriminatory acts.

On the basis of the violations described herein, the Plaintiff seeks punitive and compensatory damages, a declaratory judgment and a permanent injunction, directing Wells Fargo, to desist and remedy their illegal conduct, in denying services to Plaintiff Jarvis, and interfering with Plaintiff Jarvis's right to contract, violating Maryland's anti-discrimination laws and denying equal treatment under the law.

## COUNT I VIOLATION OF SECTION §20-304 & SECTION §20-602 IN PUBLIC ACCOMMODATIONS

Defendant 'Wells Fargo', is a place of public accommodation, within the meaning of Maryland anti-discrimination laws. The operations of 'Wells Fargo', is within the meaning of Maryland Annotated Code §20-304, and §20-602.

By it's actions described above, Defendant 'Wells Fargo', has denied Plaintiff Jarvis, the full and equal enjoyment of goods, services, facilities, privileges, advantages, and accommodations on the basis of race in violation of Maryland anti-discrimination laws. Defendants conduct has been racially motivated, intentional, deliberate, willful, and in reckless disregard of the Plaintiff's civil rights. By virtue of the Defendants' illegal discrimination, the Plaintiff is entitled to legal and equitable remedies available under Maryland anti discrimination laws.

## COUNT II RACE DISCRIMINATION & DENIAL OF SERVICES AT WELLS FARGO

By discriminating against Plaintiff Jarvis, on the basis of race, 'Wells Fargo', has denied and interfered with Plaintiff Jarvis's right to contract, and denied Plaintiff Jarvis services and the same rights to enjoy the benefits, privileges, terms and conditions of the right to contract, as enjoyed by White citizens.

Such treatment when it is racially motivated, as is the case here, i.e., Black's subjected to discriminatory monitoring that interferes with banking or purchases, states a claim as may be seen in <u>Hall vs. Pennsylvania State Police</u>, 570 F.2d 86 (3rd Cir. 1978)).

Interfering with the right to contract, is not limited to existing contractual relationships. But protects the would-be contractor, along with those who already have made contracts with the businesses.**Id**.

## COUNT III DISCRIMINATION & DENIAL OF SERVICES, DENYING THE RIGHT TO CONTRACT

Maryland anti-discrimination laws and codes, prohibits act(s) of race discrimination and denial of services, interfering with the right to contract. In this instance, Wells Fargo, violated Plaintiff Jarvis's rights, when it denied Plaintiff Jarvis services at the bank, and refused to allow Plaintiff to open an account because of his race, violating Maryland's anti-discrimination laws.

## COUNT IV NEGLIGENCE TRAINING & SUPERVISION

Defendant 'WELLS FARGO', has a common law obligation to exercise due care, in properly training, and supervising it's employees. The duty is owed to their customers who enter Wells Fargo to open accounts, which Wells Fargo failed to do. Wells Fargo also has a reputation of discriminating against Black Americans, and history of denying loans and engaging in predatory loans. In addition, Wells Fargo, is one of the many Banks who was involved in slavery, and has a history of discriminating against Blacks. Defendant 'WELLS FARGO', has breached it's obligation in this case, and violated Plaintiff Jarvis's civil rights.

8

As a result of Defendant's breach, the Plaintiff, has suffered extreme and irreparable harm, and otherwise of the character warranting the imposition of punitive damages.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, respectfully, requests that this Court enter judgment:

A. declaring that the act(s) and practices of 'Wells Fargo', as alleged in Complaint, violate Maryland's anti-discrimination laws and codes in the state of Maryland;

B. enjoining and permanently restraining these violations of illegal discrimination alleged in this complaint;

C. directing " WELLS FARGO", to take such affirmative steps necessary to remedy the effects of the illegal discriminatory conduct alleged in the complaint, and to prevent repeated occurrences in the future;

D. directing Defendant "WELLS FARGO", to award compensatory damages in the amount of one million dollars caused by it's violations of the law in this complaint;

E. award punitive damages against "WELLS FARGO", in the amount of one million dollars to punish it, for the willful, wanton, hostile, deliberate, outrageous, malicious, racially motivated conduct, undertaken in conscious disregard of, and with reckless indifference to Plaintiff's safety and interest, and otherwise of the character warranting the imposition of punitive damages in the amount of one million dollars;

F. award Plaintiff Jarvis for other and further relief as may be deemed necessary and proper.

## JURY DEMAND

The Plaintiff demands trial by jury, on issues triable of right to a jury.

Respectfully submitted,

_____
Derek N. Jarvis, Plaintiff-Pro se
2316 Jones Lane
Silver Spring, Maryland 20902
Tel:(301) 252-9781

RETURN RECEIPT REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 2450 0000 3915 3027

U.S. POSTAGE PAID
FCM LG ENV
KENSINGTON, MD
20895
JAN 27, 21
AMOUNT
**$7.85**
R2305H126747-29

Derek Jarvis
2316 Jones Lane
Silver Spring, Maryland
20902

WELLS FARGO
7 Saint Paul Street
Suite-820
Baltimore, Maryland
21202

RETURN RECEIPT REQUESTED